IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NOEL KEITH WATKINS,** | 2:06-cv-00685-MCE-DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M. VALE, et al.,** | |
| Respondents. | |

GOOD CAUSE SHOWN, Respondents' December 20, 2006 motion for extension of time to and including January 19, 2007, to file a response in this matter is GRANTED.

DATED: December 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/watk0685.eotresp