IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL KEITH WATKINS,

    Petitioner,                       No. CIV 06-0685 MCE DAD P

    vs.

CAROL DALY, et al.,

    Respondent.                    <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a copy of his original traverse, apparently being under the impression that the court has not received his original traverse. Petitioner has also filed a copy of his original traverse. Petitioner is advised that the court received his original traverse, timely filed on February 20, 2007. Accordingly, petitioner's request for an extension of time will be denied as unnecessary. In addition, petitioner's copy of his original traverse, filed March 20, 2007, will be disregarded.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's March 20, 2007 request for an extension of time is denied as unnecessary; and

/////

/////

      2. Petitioner's copy of his original traverse, filed on March 20, 2007, will be disregarded.

DATED: April 10, 2007.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:9
watk0685.111d